DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GARY STEINBERG,**
Appellant,

v.

**FIESTA HOMEOWNERS ASSOCIATION, INC.,**
Appellee.

No. 4D21-3569

[October 20, 2022]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Louis H. Schiff, Judge; L.T. Case No. CONO21-023076.

Joseph D. Garrity of Lorium Law, Fort Lauderdale, for appellant.

Mark D. Tinker of Cole, Scott & Kissane, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and FORST, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***